# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNISA M. OWENS, | ) |
| Plaintiff, | ) Case No.: 2:13-cv-01065-GMN-VCF |
| vs. | ) **ORDER ACCEPTING REPORT &** |
| LUNA ROSSA RISTORANTE, *et al.*, | ) **RECOMMENDATION OF MAGISTRATE** |
| Defendants. | ) **JUDGE CAM FERENBACH** |

Before the Court for consideration is the Report and Recommendation (ECF No. 3) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered August 2, 2013.

Pursuant to Local Rule IB 3-2(a), objections were due by August 19, 2013. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Ferenbach's Recommendation should be and hereby is **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is hereby **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**DATED** this 22nd day of August, 2013.

_____
Gloria M. Navarro
United States District Judge